ARNOLD M. SCHMIDT, Trustee in Bankruptcy of the Estate of ENGLISH TIRE COMPANY, INC., Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Motion for leave to appeal to the Appellate

Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.